FILED

02/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0486

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0486

_____

GILBERT R. JOHNSTON and JUDITH A.
JOHNSTON, husband and wife; STEPHEN R.
GIBBS; SCOTT SHONE; DONALD S. SMITH
and BRENDA J. SMITH, husband and wife as
trustees of the Donald S. Smith and Brenda J.
Smith AB Living Trust; RACHELLE AMBER
McCRACKEN; MICHAEL ALLEN
McCRACKEN; SEAN JUSTIN SMITH;
GERALD B. WOODAHL and SUSAN A.
WOODAHL, husband and wife; JEFFREY M.
HOLLENBACK; JIM S. FERGUSON; ERIC W.
SMART and STEPHANIE NICOLE SMART,
husband and wife;  NANCY CORDIAL; EDS
INVESTMENTS, LLC an Arizona limited liability
company; NEWS DEVELOPMENT, LLC
a Montana limited liability company; and JCO
PROPERTIES, LLC, a Montana limited liability
company,

       Plaintiffs and Appellants,

   v.

FLYING S TITLE & ESCROW, INC., f/k/a
FIRST AMERICAN TITLE COMPANY,

       Defendant and Appellee.

ORDER

_____

Defendant and Appellee Flying S. Title & Escrow, Inc., f/k/a First American Title Company, has moved this Court, without objection from Appellants, to amend the caption in this matter pursuant to M. R. App. P. 2(4) to more accurately reflect its current name.

Upon consideration of Appellee's motion and with good cause appearing,

IT IS THEREFORE ORDERED that the motion to amend the caption is GRANTED.

The Clerk is directed to provide copies of this Order to all counsel of record and to amend this Court's Case No. 22-0486 accordingly.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 9 2023